UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
MUHAMMAD SHAFIQUE,                  :
                                    :
        Petitioner,                 :    Civ. No. 16-3878 (NLH)
                                    :
   v.                               :    ORDER
                                    :
UNITED STATES OF AMERICA,           :
                                    :
        Respondent.                 :
_____ :

For the reasons expressed in the accompanying Opinion,

IT IS on this __18th__ day of May, 2018,

ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is DENIED; and it is further

ORDERED that a certificate of appealability shall not issue; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail and close this matter.

                                         s/ Noel L. Hillman
At Camden, New Jersey                    NOEL L. HILLMAN, U.S.D.J.